**Order filed June 13, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00412-CV

_____

### J.M. ARPAD LAMELL, Appellant

### V.

### INDYMAC MORTGAGE SERVISES F.S., A DIVISION OF ONE WEST BANK, FSB, A FOREIGN CORPORATION., Appellee

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2010-11491

# O R D E R

The clerk's record was filed May 31, 2012. On May 31, 2013, appellee filed a motion to dismiss this interlocutory appeal as moot, asserting that the trial court has signed a final summary judgment order. Appellee has not furnished a copy of the order, however. Accordingly, we issue the following order: *See* Tex. R. App. P. 34.5(c).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 21, 2013**, containing the Order Granting OneWest Bank, FSB's motion for summary judgment signed on or about April 12, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM